**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| AL FANG WU, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-01306-RCJ-PAL |
| vs. | ) | **ORDER** |
| PREM-MORTGAGE, INC., et al., | ) | (Mot Leave Respond - Dkt. #8) |
| Defendants. | ) | |

Before the court is Defendants' Motion for Leave to (1) Respond to Complaint and (2) Respond to Motion for Preliminary Injunction (Dkt. #8) filed November 28, 2012, which has been referred to the undersigned by the district judge for a ruling. Plaintiff did not file a response and the time for filing a response has now run.

LR 7-2(d) states that the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. As no opposition has been filed, the court will grant the motion. A proposed answer is attached to Defendants' motion, and on January 28, 2013 Defendants filed a motion to dismiss (Dkt #12). The same day the district judge issued the court's standard order informing the Plaintiff of the requirements for responding to the motion.

**IT IS ORDERED** that Defendants' Motion for Leave to (1) Respond to Complaint and (2) Respond to Motion for Preliminary Injunction (Dkt. #8) is **GRANTED.** Defendants shall have ten days from the date of this order in which to file their responses.

Dated this 29th day of January, 2013.

_____
Peggy A. Leen
United States Magistrate Judge