UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AL FANG WU,                               )<br>                                                   )<br>            Plaintiff,                         )<br>                                                   )     2:12-cv-01306-RCJ-PAL<br>    vs.                                           )<br>                                                   )<br>PREM-MORTGAGE INC. et al.,      )     **ORDER**<br>                                                   )<br>            Defendants.                   )<br>                                                   ) | |

   Plaintiff Al Fang Wu sued Defendants *in pro se* in this Court based upon the foreclosure or impending foreclosure of her mortgage. Four months ago, the Court denied Plaintiff's Motion for a Preliminary Injunction (ECF No. 3) and granted Defendants' Motion to Dismiss (ECF No. 12), with leave to amend in part. Plaintiff has not amended within a reasonable time or otherwise pursued the case. The Court therefore dismisses for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 629–33 (1962).

**CONCLUSION**

   IT IS HEREBY ORDERED that the Clerk shall enter judgment and close the case.

   IT IS FURTHER ORDERED that any lis pendens upon the Property is EXPUNGED.

   IT IS SO ORDERED.

Dated this 26th day of June, 2013.

_____
ROBERT C. JONES
United States District Judge